UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ANGELINA JEAN WELLS,          ) | |
| )  | |
| Plaintiff,          ) | **JUDGMENT IN A CIVIL CASE** |
| )  | |
| v.          ) | **CASE NO. 5:18-CV-480-D** |
| )  | |
| ANDREW M. SAUL, Commissioner of Social Security,          ) | |
| )  | |
| Defendant.          ) | |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court OVERRULES plaintiff's objections to the M&R [D.E. 24], DENIES plaintiff's motion for judgment on the pleadings [D.E. 17], GRANTS defendant's motion for judgment on the pleadings [D.E. 20], AFFIRMS defendant's final decision, and DISMISSES this action.

**This Judgment Filed and Entered on August 5, 2019, and Copies To:**
Jonathan Howell Winstead                    (via CM/ECF electronic notification)
David N. Mervis                                      (via CM/ECF electronic notification)

DATE:                                                    PETER A. MOORE, JR., CLERK
August 5, 2019                                      (By) /s/ Nicole Sellers
                                                              Deputy Clerk